**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THE ASSOCIATION OF AARHUS, | : | No. 53 MM 2019 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| VIATCHESLAV BOIKO AND LUDMILA BOIKO, | : | |
| | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2019, the Application for Appointment of Counsel is DENIED.